B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Robert Markman ,    Case No. 13-37269
       Debtor

Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _206_    Check one  ☐ With the filing of the petition, or
                     ☐ On or before _10-7-13_

$ _100_    on or before _10-22-13_

$ _____ on or before _____

$ _____ on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _10-1-13_     J.Cox  *Jacqueline P. Cox*

United States Bankruptcy Judge